

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**19   5113**

FRATERNAL ORDER OF POLICE LODGE No. 5, by its guardians and ad litem, JOHN MCNESBY, President and JOHN MCGRODY, Vice President,
    Plaintiff,

v.

CITY OF PHILADELPHIA, its Officials Agents, Employees and Assigns; JIM KENNEY, in his official capacity as Mayor of the City of Philadelphia; ROB DUBOW, in his official capacity as Finance Director of the City of Philadelphia; RASHEIA R. JOHNSON, in her official capacity as Treasurer of the City of Philadelphia
    Defendants.

**Civil Action No. 2592 September, 2019**

**Court of Common Pleas of Philadelphia**

## NOTICE OF FILING OF REMOVAL

TO;  Ralph J. Teti, Esquire
    Willig, Williams & Davidson,
    Attorneys At La
    1845 Walnut St. – 24th fl.
    Philadelphia, Pa 19103

PLEASE TAKE NOTICE THAT on October 30, 2019, defendant, City of Philadelphia, filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania a verified Notice of Removal.

A copy of this Notice of Removal is attached hereto and is also being filed with the Clerk of the Court of Common Pleas

Date: October 30, 2019

Respectfully submitted,

DANIEL UNTERBURGER,
Assistant City Solicitor
Attorney I.D. 324929
City of Philadelphia, Law Department
1515 Arch Street, 16th Floor
Philadelphia, Pa 19102
215-683-5080

1



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

FRATERNAL ORDER OF POLICE
LODGE No. 5, by its guardians and ad litem, JOHN
MCNESBY, President and JOHN MCGRODY, Vice
President,

                Plaintiff,

v.

CITY OF PHILADELPHIA, its Officials Agents,
Employees and Assigns; JIM KENNEY, in his official
capacity as Mayor of the City of Philadelphia; ROB
DUBOW, in his official capacity as Finance Director of the
City of Philadelphia; RASHEIA R. JOHNSON, in her
official capacity as Treasurer of the City of Philadelphia

                Defendants.

**19  5113**

Civil Action No. 2592 September,
2019

**Court of Common Pleas of
Philadelphia**

## NOTICE OF FILING OF REMOVAL

TO;   Ralph J. Teti, Esquire
       Willig, Williams & Davidson,
       Attorneys At La
       1845 Walnut St. – 24th fl.
       Philadelphia, Pa 19103

    PLEASE TAKE NOTICE THAT on October 30, 2019, defendant, City of Philadelphia, filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania a verified Notice of Removal.

    A copy of this Notice of Removal is attached hereto and is also being filed with the Clerk of the Court of Common Pleas

Date: October 30, 2019

                                              Respectfully submitted,
                                              DANIEL UNTERBURGER,
                                              Assistant City Solicitor
                                              Attorney I.D. 324929
                                              City of Philadelphia, Law Department
                                              1515 Arch Street, 16th Floor
                                              Philadelphia, Pa 19102
                                              215-683-5080

1

CITY OF PHILADELPHIA LAW DEPARTMENT
**DANIEL R. UNTERBURGER**
ASSISTANT CITY SOLICITOR
IDENTIFICATION NO. 324929
1515 ARCH STREET, 16TH FLOOR
PHILADELPHIA, PA   19102-1595
TEL (215) 683-5080 AND FAX (215) 683-5099
daniel.unterburger@phila.gov
*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRATERNAL ORDER OF POLICE LODGE No. 5, et al.,** | |
| Plaintiffs, | **CIVIL ACTION No. 19-5113** |
| v. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)** |
| **CITY OF PHILADELPHIA, et al.,** | **(FEDERAL QUESTION)** |
| Defendants. | |

### NOTICE OF REMOVAL

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Defendants the City of Philadelphia, Jim Kenney, Rob Dubow, and Rasheia R. Johnson, by and through undersigned counsel, hereby remove to this Court the state court action described below.

1.  On or about September 19, 2019, an action was commenced by Plaintiffs in the Pennsylvania Court of Common Pleas for Philadelphia County, captioned as above and assigned case number 19-09-02592.

2.  Defendants were subsequently served with Plaintiffs' First Amended Complaint on October 28, 2019. Pursuant to 28 U.S.C. § 1446(b), this notice has been timely filed.

3. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(c) in that it arises under the laws of the United States, specifically the Fair Labor Standards Act ("FLSA").

**WHEREFORE**, Defendants the City of Philadelphia, Jim Kenney, Rob Dubow, and Rasheia R. Johnson respectfully request that this action be docketed in the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**CITY OF PHILADELPHIA**
**LAW DEPARTMENT**

/s/ Daniel R. Unterburger
DANIEL R. UNTERBURGER
Dated: November 1, 2019          Assistant City Solicitor